Ryan G. Weldon
**LAIRD COWLEY, PLLC**
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:   (406) 541-7400
Facsimile:   (406) 541-7414
Email:        rweldon@lairdcowley.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; ALEX STERHAN, in his official capacity as Administrator of the Montana | Civil No.: CV-26-28-H-JTJ <br><br> MOTION TO FILE AN OVERSIZED BRIEF FOR A TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF |

1

Gambling Control Division; MONTANA GAMBLING CONTROL DIVISION; TONY HARBAUGH, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; JON METROPOULOS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; STEVE MORRIS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; LEO PRIGGE, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; and JANNA TAYLOR, in her official capacity as Member of the Montana Lottery and Sports Wagering Commission,

       Defendants.

KalshiEX LLC ("Kalshi") filed a civil complaint late last night on April 12, 2026.  (Doc. 1).  As indicated in the Complaint, Kalshi has contacted representatives of Defendants regarding its intention to file a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion").  Kalshi anticipates filing the Motion as soon as this evening if it is unable to reach resolution with Defendants.  *See, e.g.,* Fed. R. Civ. P. 65.

Given that this case involves questions of constitutional law, including the Supremacy Clause, Kalshi requests an additional 2,000 words when filing a brief in support of its Motion.  *See, e.g.,* Mont. L.R. 7.1(d)(2) (authorizing 6,500 words).

If granted, Kalshi would be authorized to file a brief up to 8,500 words.  No repetition will occur, and Kalshi will ensure it fully, yet swiftly, addresses the issues for the Court.

Kalshi has not contacted the above-listed Defendants regarding their position on the Motion given that formal service has not yet occurred, although the Attorney General was provided a courtesy copy of the Complaint and accompanying exhibits.

DATED this 13th day of April, 2026.

///

///

///

///

///

///

///

///

///

///

///

///

Respectfully submitted,

      **LAIRD COWLEY, PLLC**

      <u>/s/ Ryan G. Weldon</u>
      Ryan G. Weldon

      and

      Neal Katyal (*pro hac vice* forthcoming)
      Joshua B. Sterling (*pro hac vice* forthcoming)
      William E. Havemann (*pro hac vice* forthcoming)
      **MILBANK LLP**
      1101 New York Avenue NW
      Washington, DC 20005
      Telephone: 202-835-7500
      Facsimile: 202-263-7586

      Grant R. Mainland (*pro hac vice* forthcoming)
      Andrew L. Porter (*pro hac vice* forthcoming)
      Matthew J. Laroche (*pro hac vice* forthcoming)
      Kelly D. Garcia (*pro hac vice* forthcoming)
      **MILBANK LLP**
      55 Hudson Yards
      New York, NY 10001
      Telephone: 212-530-5000
      Facsimile: 212-530-5219

      *Attorneys for Plaintiff KalshiEX LLC*

4