IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; ALEX STERHAN, in his official capacity as Administrator of the Montana Gambling Control Division; MONTANA GAMBLING CONTROL DIVISION; TONY HARBAUGH, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; JON METROPOULOS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; STEVE MORRIS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; LEO PRIGGE, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; and JANNA TAYLOR, in her official capacity as Member of the Montana Lottery and Sports Wagering Commission,<br><br>  Defendants. | Civil No.: CV-26-28-H-JTJ<br><br>ORDER |

Upon the motion by KalshiEX LLC ("Kalshi"), and for good cause shown,

IT IS HEREBY ORDERED that Kalshi's motion to file an oversized brief is

GRANTED.

1

Kalshi is authorized to file a brief up to 8,500 words in any motion for a temporary restraining order or injunctive relief.

DATED this 13th day of April, 2026.

_____
John Johnston
United States Magistrate Judge