Ryan G. Weldon
**LAIRD COWLEY, PLLC**
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:        rweldon@lairdcowley.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice*
forthcoming)
William E. Havemann (*pro hac vice*
forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

*Attorneys for Plaintiff KalshiEX LLC*

Grant R. Mainland (*pro hac vice*
forthcoming)
Andrew L. Porter (*pro hac vice*
forthcoming)
Matthew J. Laroche (*pro hac vice*
forthcoming)
Kelly D. Garcia (*pro hac vice*
forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; ALEX STERHAN, in his official capacity as Administrator of the Montana | Civil No.: CV-26-28-H-JTJ <br><br> PLAINTIFF KALSHIEX LLC'S RULE 7.1 DISCLOSURE STATEMENT |

1

Gambling Control Division; MONTANA GAMBLING CONTROL DIVISION; TONY HARBAUGH, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; JON METROPOULOS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; STEVE MORRIS, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; LEO PRIGGE, in his official capacity as Member of the Montana Lottery and Sports Wagering Commission; and JANNA TAYLOR, in her official capacity as Member of the Montana Lottery and Sports Wagering Commission,

Defendants.

Plaintiff KalshiEX LLC ("Kalshi"), pursuant to Federal Rule of Civil Procedure 7.1, submits the following disclosure statement:

1.    Kalshi has no parent corporations or publicly held corporations owning 10% or more of its stock other than those identified in this notice.  KalshiEX LLC certifies that it is a limited liability company whose sole member is Kalshi Inc.

2.    Pursuant to Local Rule 7.1-1, there are no persons, associations of persons, firms, partnerships, or corporations, other than the parties and their immediate family members, that may have a financial interest in the outcome in the proceeding.

2

3.    Further, pursuant to Local Rule 7.1-1, there is no insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

DATED this 14th day of April, 2026.

**LAIRD COWLEY, PLLC**

/s/ Ryan G. Weldon
Ryan G. Weldon

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*