Ryan G. Weldon
**LAIRD COWLEY, PLLC**
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:  (406) 541-7400
Facsimile:   (406) 541-7414
Email:        rweldon@lairdcowley.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al*.,<br><br>　　　　Defendants. | Case No. 6:26-cv-00028-JTJ<br><br>PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>ORAL ARGUMENT REQUESTED |

KalshiEX LLC ("Plaintiff" or "Kalshi") moves the Court under Rule 65 of the Federal Rules of Civil Procedure for a preliminary injunction.

A brief supporting Kalshi's position accompanies this motion.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1

DATED: April 21, 2026.

Respectfully submitted,

**LAIRD COWLEY, PLLC**

/s/ Ryan G. Weldon
Ryan G. Weldon

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the date of the filing, a copy of the foregoing was served upon the following person by the following means:

| | |
|---|---|
| [  ] U.S. Mail | Christian B. Corrigan |
| [  ] Hand Delivery | Solicitor General |
| [X] Email | Montana Department of Justice |
| [  ] CM/ECF | 215 N Sanders |
| [  ] Certified Mail, Return | Helena, MT 59601 |
| Receipt Requested | Christian.Corrigan@mt.gov |

*Attorney for Defendants*

**LAIRD COWLEY, PLLC**

By:   /s/ Ryan G. Weldon
      Ryan G. Weldon
      Attorneys for Plaintiff KalshiEx LLC