IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

KALSHIEX LLC,

        Plaintiff,

    vs.

AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al*.,

        Defendants.

Case No. 6:26-cv-00028-JTJ

DECLARATION OF
ANDREW L. PORTER

I, Andrew L. Porter, declare as follows:

1.     I am over the age of 18 and have personal knowledge of the information set forth in this declaration.

2.     I am a member of the law firm Milbank LLP, counsel to Plaintiff KalshiEX LLC ("Kalshi") in the above-captioned action.  I submit this declaration in support of Plaintiff's Motion for a Preliminary Injunction. My *pro hac vice* application is forthcoming.

3.     Attached hereto as **Exhibit 1** is a true and correct copy of a cease-and-desist letter from the Montana Department of Justice's Gambling Control Division ("GCD" or the "Division"), received by Kalshi on or about March 26, 2025, asserting that Kalshi's event contracts constitute illegal gambling under Montana law and directing Kalshi to cease offering such contracts to persons located within the State.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of correspondence between Kalshi's counsel and representatives of GCD and the Montana Attorney General's office, including: (i) a letter memorializing the parties' April 11, 2025 non-enforcement agreement, under which the GCD agreed to defer any enforcement pending the outcome of proceedings in *KalshiEX LLC v. Hendrick, et al.*, No. 2:25-cv-00575-APG (D. Nev.), and any appeal to the Ninth Circuit; (ii) the April 16, 2025 written confirmation from Montana authorities concurring with that understanding; and (iii) Kalshi's April 12, 2026 email correspondence seeking clarification regarding the status of the non-enforcement agreement and requesting assurances of non-enforcement.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of a cease-and-desist letter from the GCD dated April 6, 2026, stating that the Division had conducted an investigation and concluded that Kalshi's activities constitute illegal gambling under Montana law, and threatening legal action against Kalshi.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Transcript of Oral Argument at 12:18–13:7, *KalshiEX LLC v. Johnson*, No. 2:26-cv-01715-MTL (D. Ariz. Apr. 10, 2026).

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of April 2026.

Andrew L. Porter

2