Ryan G. Weldon
**LAIRD COWLEY, PLLC**
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone:   (406) 541-7400
Facsimile:   (406) 541-7414
Email:         rweldon@lairdcowley.com

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>      Plaintiff,<br><br>  vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al*.,<br><br>      Defendants. | Case No. 6:26-cv-00028-JTJ<br><br>STIPULATED MOTION TO STAY CASE DEADLINES |

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7.1, the parties respectfully submit this Stipulated Motion to Stay Case Deadlines, and request the Court enter the Proposed Order submitted herewith.  On April 12, 2026, Plaintiff filed its Complaint.  On April 16, 2026, Defendants waived service of the Complaint.  On April 21, 2026, Plaintiff filed its Motion for Preliminary Injunction ([Dkt. 6]).  Since the filing of the Complaint, the parties have engaged in discussions regarding the issues raised in the Complaint and Plaintiff's Motion for Preliminary Injunction, and respectfully request a stay of all case deadlines to allow the parties to continue those discussions.  As set forth in the proposed order, the parties propose to provide the Court a status update within sixty days.

DATED: April 21st, 2026.

Respectfully submitted,

**LAIRD COWLEY, PLLC**

/s/ Ryan G. Weldon
Ryan G. Weldon

and

Neal Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005

2

Grant R. Mainland (*pro hac vice* forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice* forthcoming)
Kelly D. Garcia (*pro hac vice* forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001

*Attorneys for Plaintiff KalshiEX LLC*

**AUSTIN KNUDSEN**
MONTANA ATTORNEY GENERAL

/s/ Christian B. Corrigan
Christian B. Corrigan
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 N Sanders
Helena, MT 59601

*Attorney for Defendants Austin Knudsen, Alex Sterhan, Montana Gambling Control Division, Tony Harbaugh, Jon Metropoulos, Steve Morris, Leo Prigge, and Janna Taylor*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the date of the filing, a copy of the foregoing was served upon the following person by the following means:

[ ] U.S. Mail                  Christian B. Corrigan
[ ] Hand Delivery              Solicitor General
[X] Email                      Montana Department of Justice
[ ] CM/ECF                     215 N Sanders
[ ] Certified Mail, Return     Helena, MT 59601
Receipt Requested             Christian.Corrigan@mt.gov

*Attorney for Defendants Austin Knudsen, Alex Sterhan, Montana Gambling Control Division, Tony Harbaugh, Jon Metropoulos, Steve Morris, Leo Prigge, and Janna Taylor*

## LAIRD COWLEY, PLLC

By:   /s/ Ryan G. Weldon
        Ryan G. Weldon
        Attorneys for Plaintiff KalshiEx LLC