IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| KALSHIEX LLC,<br><br>       Plaintiff,<br><br>   vs.<br><br>AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al.*,<br><br>       Defendants. | Case No. CV-26-28-H-JTJ<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES |

This matter is before the Court on the parties' Stipulated Motion to Stay Case Deadlines (Dkt. 8). Based on the parties' stipulation and for good cause showing, the Court grants the Stipulated Motion. All case deadlines are stayed pending the parties' discussions. The parties are directed to provide a status update no later than 60 days from the date of this Order.

DATED this  22nd  day of April, 2026.

John Johnston
United States Magistrate Judge