Ryan G. Weldon
**LAIRD COWLEY, PLLC**
2315 McDonald Avenue, Suite 220
Missoula, MT 59801
P.O. Box 4066
Missoula, MT 59806-4066
Telephone: (406) 541-7400
Facsimile: (406) 541-7414
Email: rweldon@lairdcowley.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Kelly D. Garcia (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

KALSHIEX LLC,

Plaintiff,

vs.

AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al.*,

Defendants.

Case No. 26-28-H-DWM

STIPULATED MOTION TO STAY CASE DEADLINES

Pursuant to Federal Rule of Civil Procedure 7 and Local Civil Rule 7.1, the parties respectfully submit this Stipulated Motion to Stay Case Deadlines, and request the Court enter the Proposed Order submitted herewith. On April 12, 2026, Plaintiff filed its Complaint. On April 16, 2026, Defendants accepted service of the Complaint. On April 21, 2026, Plaintiff filed its Motion for Preliminary Injunction (Dkt. 6), and the parties jointly filed their Stipulated Motion to Stay Case Deadlines (Dkt. 8). The Court granted the parties' Stipulated Motion to Stay Case Deadlines on April 22, 2026 and directed the parties to provide a status update by June 22, 2026. (Dkt. 9). On June 19, 2026, the parties jointly filed a further Stipulated Motion to Stay Case Deadlines (Dkt. 30). The Court granted that motion on June 22, 2026, stayed all case deadlines for an additional sixty days, and directed the parties to provide a status update on or before August 21, 2026. (Dkt. 31).

The parties have conferred and believe a further continuation of the stay is appropriate. As set forth in the proposed order, the parties propose to provide the Court a status update within sixty days.

DATED: August 21, 2026.

Respectfully submitted,

**LAIRD COWLEY, PLLC**

/s/ Ryan G. Weldon
Ryan G. Weldon

and

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005

Grant R. Mainland (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Matthew J. Laroche (*pro hac vice*)
Kelly D. Garcia (*pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001

*Attorneys for Plaintiff KalshiEX LLC*

/s/ Christian B. Corrigan
Christian B. Corrigan
Solicitor General
**Office of Montana Attorney General**
**Austin Knudsen**
P.O. Box 201401
Helena, MT 59620

*Attorney for Defendants Austin Knudsen, Alex Sterhan, Montana Gambling Control Division, Tony Harbaugh, Jon Metropoulos, Steve Morris, Leo Prigge, and Janna Taylor*