IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

KALSHIEX LLC,

Plaintiff,

vs.

AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al.*,

Defendants.

Case No. 26-28-H-DWM

ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES

This matter is before the Court on the parties' Stipulated Motion to Stay Case Deadlines (Dkt. 32). Based on the parties' stipulation and for good cause showing, the Court grants the Stipulated Motion. All case deadlines are stayed for sixty (60) days pending the parties' discussions. The parties are directed to provide a status update on or before October 20, 2026.

DATED this ______ of August, 2026.

BY THE COURT:

______________________

Donald W. Molloy
United States District Judge