IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

KALSHIEX LLC,

Plaintiff,

vs.

AUSTIN KNUDSEN, in his official capacity as Attorney General of Montana; *et al.*,

Defendants.

CV 26–28–H–DWM

ORDER

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE as to defendants Tony Harbaugh, Jon Metropoulos, Steve Morris, Leo Prigge, and Janna Taylor, each party to pay its own costs.

IT IS FURTHER ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE as to defendants Austin Knudsen, Alex Sterhan, and the Montana Gambling Control Division, each party to pay its own costs.

All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of September, 2026.

Donald W. Molloy, District Judge
United States District Court